EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> José Raúl López de Victoria | 2005 TSPR 47 <br><br> 163 DPR _____ |

Número del Caso: TS-2787

Fecha: 16 de marzo de 2005

Materia: Conducta Profesional
        (La suspensión será efectiva el 12 de abril de 2005
        fecha en que se le notificó al abogado de su
        suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


José Raúl López de Victoria

TS-2787


PER CURIAM

San Juan, Puerto Rico, a 16 de marzo de 2005.

El Lcdo. José Raúl López de Victoria fue suspendido por un mes de la profesión legal, mediante opinión Per Curiam de 22 de septiembre de 2004, la cual advino final y firme el 12 de noviembre de 2004. El 14 de diciembre de 2004 el licenciado López de Victoria solicitó su reinstalación al ejercicio de la profesión, a lo que éste Tribunal accedió mediante Resolución de 17 de diciembre de 2004.

Mediante Minuta-Resolución del 17 de diciembre de 2004, el Hon. Héctor Jaime Conty Pérez, Juez Superior de Aguadilla, nos ha referido un documento titulado "Moción de Desistimiento Voluntario con Perjuicio", presentado ante el

In re:

Tribunal de Primera Instancia, Sala de Aguadilla, en el caso ACD2002-0109. En la moción de referencia, fechada 2 de diciembre y presentada el 4 de diciembre de 2004, según timbre del Tribunal de Primera Instancia, aparece la firma del licenciado López de Victoria como uno de los abogados de las partes.

En vista de lo anterior se suspende inmediata e indefinidamente al Lcdo. José Raúl López de Victoria de la práctica de la abogacía. Se impone a éste el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados, e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Además, deberá certificarnos el cumplimiento con lo anterior dentro del término de treinta (30) días, a partir de la notificación de esta Opinión.

El Alguacil de este Tribunal procederá a incautarse de la obra y sello notarial del Sr. José Raúl López de Victoria, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para su examen e informe a este Tribunal.

Se refiere este asunto al Secretario de Justicia, para la acción pertinente y se ordena a Secretaría enviarle copia de la Minuta-Resolución del Tribunal de Primera Instancia fechada 17 de diciembre de 2004 con sus anejos.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José Raúl López de Victoria

TS-2787

SENTENCIA

San Juan, Puerto Rico, a 16 de marzo de 2005.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, se dicta sentencia decretando la suspensión inmediata e indefinida del ejercicio de la abogacía al Lcdo. José Raúl López de Victoria.

El Alguacil de este Tribunal procederá a incautarse de la obra y sello notarial del Sr. José Raúl López de Victoria.

Se impone a éste el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados, e informar oportunamente de sus suspensión a los distintos foros judiciales y administrativos del País. Además, deberá certificarnos el cumplimiento con lo anterior dentro del término de treinta (30) días, a partir de la notificación de esta Opinión Per Curiam y Sentencia.

Lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no interviene.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo